# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No.:2:15-mj-00252-VCF |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  STIPULATION TO CONTINUE |
| | )  BENCH TRIAL |
| ANTONIO RUS, | )  (First Request) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and William Terry, Esquire, counsel for defendant **ANTONIO RUS**, that the bench trial in the above-captioned matter, currently scheduled for August 26, 2015, at the hour of 9:00 a.m., be vacated and continued until September 30, 2015 or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1.      The parties are trying to resolve this matter and need additional time to do so.

2.      Defendant is out of federal custody and agrees to the continuance.

3.      Denial of this request for continuance could result in a miscarriage of justice.

.   .   .

4.     There has been no previous request for continuance of the bench trial granted herein.


DATED this 25th day of August, 2015.


Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ William Terry                          /s/ Nadia Ahmed

WILLIAM TERRY, ESQ.                NADIA AHMED
Counsel for defendant                 Special Assistant United States Attorney
**ANTONIO RUS**

1

2

3

4

5

# UNITED STATES DISTRICT COURT
6

## DISTRICT OF NEVADA
7

| | |
|---|---|
| 8  UNITED STATES OF AMERICA, | )  Case No: 2:15-mj-00252-VCF |
| | ) |
| 9              Plaintiff, | ) |
| | )  ORDER CONTINUING |
| 10        vs. | )  BENCH TRIAL |
| | ) |
| 11  ANTONIO RUS, | ) |
| | ) |
| 12              Defendant. | ) |
| | ) |

13

Based on the pending stipulation of counsel, and good cause appearing therefore,:

14

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently

15

scheduled for August 26  2015, at the hour of 9:00 a.m., be vacated and continued to September

16

30, 2015, at the hour of 9:00 a.m.

17

18

19

DATED this ____25th____ day of August, 2015.

20

21

_____

22

UNITED STATES MAGISTRATE JUDGE

23

24

3